# EXHIBIT A

IN THE CIRCUIT COURT OF RAY COUNTY, MISSOURI
AT RICHMOND

| | |
|---|---|
| LEA ANN COVEY, )<br>    19748 13 Highway, )<br>    Rayville, MO 64084, )<br>                         )<br>    Plaintiff, )<br>                         )<br>v. )   Case No.:<br>                         )   Div. No.:<br>WAL-MART STORES EAST I, LP, )<br>    Serve Registered Agent: )<br>    CT CORPORATION SYSTEM, )<br>    120 South Central Ave., )<br>    St. Louis, MO 63105, )<br>                         )<br>    Defendant. ) | |

**PETITION FOR DAMAGES**

For her Petition for Damages against defendant Wal-Mart Stores East I, LP ("Defendant"), plaintiff Lea Ann Covey (hereinafter "Plaintiff") states:

1. At all relevant times, Plaintiff is and has been a resident of Ray County, Missouri.

2. Defendant is a Delaware limited partnership with its principal place of business in Arkansas. Defendant's registered agent is CT Corporation System which may be served with process at the address stated above.

3. On or about December 17, 2015, at approximately 7:00 p.m., Defendant owned and was operating a store (hereinafter the "Store") located at 908 Walton Way, Richmond, Ray County, Missouri. The slip and fall which is the subject of this lawsuit occurred in the parking

4. lot of the Store and thus venue is proper in this Court pursuant to Mo. Rev. Stat. § 508.010.4.

4. Defendant operates a business in Missouri and committed a tortious act within the State of Missouri. Therefore, personal jurisdiction is proper over Defendant pursuant to general personal jurisdiction, *State ex rel. Holliger v. Kmart*, 986 S.W.2d 865 (Mo. banc 1999), and Missouri's Long Arm Statute, Mo. Rev. Stat. § 506.500(3).

5. On or about December 17, 2015, and after shopping at the Store, Plaintiff was walking to her car in Defendant's parking lot while pushing one of Defendant's shopping carts. Due to the uneven grade of the parking lot, and unknown to Plaintiff, water had pooled in a low area of the parking lot and formed ice.

6. Plaintiff stepped on the ice and slipped and fell on her right shoulder (hereinafter the "Fall").

7. As a direct and proximate result of the Fall, Plaintiff suffered a severe, painful, permanent and disabling injury to her right shoulder, including a right torn rotator cuff.

8. As a direct and proximate result of the Fall, Plaintiff received, and may receive in the future, medical treatment. The cost of such medical of medical treatment known to date is:

| | |
|---|---|
| Ray County Hosp. ER (12/18/15) | $1,536.00 |
| Dr. Mark Rose (12/18/15) | $990.00 |
| Dr. Luke Wilson (12/18/15) | $67.06 |
| Dr. John Scowley (12/30/15) | $83.00 |
| Dr. Alexandra Strong (1/27/16) | $354.00 |
| US Imaging Network (1/29/16) | $723.00 |

| | |
|---|---|
| Dr. Alexandra Strong (2/03/16) | $361.00 |
| Dr. Alexandra Strong (2/15/16) | $10,618.00 |
| Dr.James Rosher (2/15/16) | $2,700.00 |
| Surgicenter Of Kansas (2/15/16) | $58,871.00 |
| Dr. Alexandra Strong (2/15/16) | $10,741.50 |
| Dr. John Scowley (2/23/16) | $85.00 |
| **TOTAL:** | **$87,129.56** |

9. As a direct and proximate result of the Fall, Plaintiff has incurred lost wages and income, the amount of which is not currently known.

10. In failing to keep the Store's parking lot in a reasonably safe condition, Defendant failed to use ordinary care and was negligent in the following particulars:

   a. There was ice on the Store's parking lot and as a result the parking lot was not reasonably safe;

   b. Defendant knew or by using ordinary care could have known of this condition;

   c. Defendant failed to use ordinary care to remove the ice, to barricade around the ice, and to warn of the ice; and

   d. Such failures directly caused or directly contributed to cause damage to Plaintiff. (MAI 22.03)

WHEREFORE, plaintiff Lea Ann Covey prays for an award of actual damages against defendant Wal-Mart Stores East I, LP which are fair and reasonable, for her costs incurred herein, and for such other and further relief as the Court deems just and proper.

Case 4:16-cv-01262-ODS   Document 1-1   Filed 12/01/16   Page 4 of 7

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury for all issues in this case.

/s/ Farrell D. Hockemeier
FARRELL D. HOCKEMEIER
Missouri Bar No. 25942
117 West Main Street
Richmond, MO 64085
Telephone: (816) 776-6443
Fax: (816) 776-7684
E-mail: hockemeierlaw@yahoo.com

/s/ David C. Stout
David C. Stout MO #34724
6304 North Lucerne Avenue
Kansas City, MO 64151
(816) 505-0001
(816) 584-0005 Fax
E-mail: david@stoutlawfirm.com

ATTORNEYS FOR PLAINTIFF

# IN THE 8TH JUDICIAL CIRCUIT, RAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID H MILLER | Case Number: 16RY-CV00817 |
|---|---|
| Petitioner:<br>LEA ANN COVEY<br><br>vs. | Petitioner's Attorney/Address:<br>FARRELL DOUGLAS HOCKEMEIER<br>117 W. MAIN STREET<br>RICHMOND, MO 64085 |
| Respondent:<br>WAL-MART STORES EAST I, LP | Court Address:<br>100 W. Main St<br>Ste 22<br>Richmond MO 64085 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case – Domestic Relations Case

The State of Missouri to: WAL-MART STORES EAST I, LP
Alias:
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

*COURT SEAL OF RAY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*In Your Child's Best Interest* is required by section 452.556, RSMo, to be provided to parties in a dissolution or legal separation and motions to modify. This parenting handbook can be downloaded at www.courts.mo.gov. If you do not have access to the internet, contact the court and a copy will be provided to you.

____Sept 8 2016_____ ____/s/ Megan L. Rowan_____
Date Clerk
Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Respondent with _____, a person of the Respondent's family over the age of 15 years.
☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ _____
Printed Name of Sheriff or Server Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(seal)
My commission expires: _____ _____
Date Notary Public

**Sheriff's Fees, if applicable**
Summons $_____
Non Est $_____
Sheriff's Deputy Salary
Supplemental Surcharge $_____10.00_____
Mileage $_____ (_____ miles @ $._____ per mile)
**Total** $_____
A copy of the summons and a copy of the petition must be served on **each** Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (08-16) SM32 *For Court Use Only: Document Id# 16-SM32-101* 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:16-cv-01262-ODS   Document 1-1   Filed 12/01/16   Page 6 of 7

IN THE CIRCUIT COURT OF RAY COUNTY, MISSOURI

| | |
|---|---|
| LEA ANN COVEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.: 16RY-CV00817 |
| WAL-MART STORES EAST I, LP, | )   Div. No.:   III |
|     Defendant. | ) ) |

### ENTRY OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF

Attorney David C. Stout and Stout Law, LLC hereby enter their appearance as co-counsel for Plaintiff. Attorney Farrell D. Hockemeier remains lead counsel for Plaintiff.

**STOUT LAW, LLC**

    /s/ David C. Stout
DAVID C. STOUT, Esq.   #34724
6304 North Lucerne Ave.
Kansas City, MO 64151
Phone: (816) 505-0001
Fax: (816) 584-0005
david@stoutlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF MAILING

On this 29th day of September, 2016, a true and accurate copy of the above and foregoing was electronically mailed to: **Farrell D. Hockemeier, Esq.**, 117 West Main Street, Richmond, MO 64085, hockemeierlaw@yahoo.com, attorney for Plaintiff.

    /s/ David C. Stout