IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LEA ANN COVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16-cv-01262 |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

COMES NOW, Farrell D. Hockemeier, attorney for the Plaintiff, and states that the judgment awarded by the jury in this matter has been satisfied in full.

    */s/ Farrell D. Hockemeier*
FARRELL D. HOCKEMEIER
Missouri Bar No. 25942
117 West Main
Richmond, Missouri 64085
Telephone: (816) 776-6443
Facsimile: (816) 776-7684
Email: hockemeierlaw@yahoo.com

and

    */s/ David C. Stout*
DAVID C. STOUT
Missouri Bar No. 34724
6304 North Lucerne Avenue
Kansas City, MO 64151
Telephone: (816) 505-0001
Facsimile: (816) 584-0005
Email: david@stoutlawfirm.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

       I hereby certify that on this 10th day of April, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, using the CM/ECF system, which sends notification to:

James R. Jarrow, MO# 38686
Catherine A. Stevens, MO# 64695
Baker Sterchi Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
jarrow@bscr-law.com
cstevens@bscr-law.com

ATTORNEYS FOR DEFENDANT

                                                */s/ Farrell D. Hockemeier*
                                                FARRELL D. HOCKEMEIER